UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-7243 DSF (RZx) | Date | October 5, 2011 |
|---|---|---|---|
| Title | Lexington Insurance Company v. Clear View Windows & Doors, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Setting Order to Show Cause Hearing

　　　　The Court has received the Notice of Settlement. The trial date is vacated. An Order to Show Cause re Dismissal is set for November 21, 2011 at 11:00 a.m. If the dismissal is filed by that date, no appearance is necessary. If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.

Initials of Deputy Clerk rgn for dp